IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SEAN O'NEAL**  **PLAINTIFF**
**#103643**

v.   Case No: 4:24-cv-00915-LPR

**ERIKA GREEN, et al.**   **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 10).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint (Docs. 2 & 9) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of June 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE